1  BRUCE C. YOUNG, ESQ., Bar #5560
   KATIE BLAKEY, ESQ., Bar #12701
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:   702.862.8800
4  Facsimile:   702.862.8811

5  *Attorneys for Defendants*
   NATIONSTAR MORTGAGE, LLC, MARCI WARNER
6  AND WENDY ANDERSON

7  GREGORY D. BELLANTONE, ESQ., Bar # 2381101
   DUBI BELLANTONE, P.C.
8  445 Broad Hollow Rd, Suite 25
   Melville, NY 11747
9  Telephone:   631.499.3030
   Facsimile:   631.462.4976
10
   *Attorneys for Plaintiff*
11

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALICE HARUTHUNIAN, | Case No. 2:14-cv-0530-APG-GWF |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| NATIONSTAR MORTGAGE, LLC, WENDY ANDERSON and MARCI WARNER, | |
| Defendants. | |

Defendants NATIONSTAR MORTGAGE, LLC, MARCI WARNER, and WENDY ANDERSON ("Defendants"), and Plaintiff ALICE HARUTHUNIAN, by and through their respective counsel of record, having agreed between themselves to resolve this matter, hereby stipulate and respectfully request an order dismissing the action between Plaintiff and Defendants, with prejudice.

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

Each of these parties stipulate that this case be dismissed with prejudice. Each party shall bear its own costs and fees for the action and claims dismissed by this Stipulation and Order.

Dated: October ___, 2014                    Dated: October ___, 2014

Respectfully submitted,                      Respectfully submitted,

_____               _____
NADIA VON MAGDENKO, ESQ.                     BRUCE C. YOUNG, ESQ.
GREGORY D. BELLANTONE, ESQ.                  KATIE B. BLAKEY, ESQ.
                                             LITTLER MENDELSON, P.C.
Attorneys for Plaintiff
                                             Attorneys for Defendants

## ORDER

**IT IS SO ORDERED** this 9th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800